IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREA LANCASTER, *et al.*,

    Plaintiffs,

vs.                                                                                            No. 1-20-cv-01156-KG-LF

GOODMAN REAL ESTATE, *et al.*,

    Defendants.

## **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **MONDAY, JUNE 13, 2022, AT 11:30 AM**.  Counsel shall be prepared to discuss the scheduling of a jury trial for later this year.  Please call the Court's AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE