IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREA LANCASTER and
WILLIAM LANCASTER,

    Plaintiffs,

v.                                                     Civ. No. 20-1156 KG/LF

GOODMAN REAL ESTATE, INC. d/b/a
THE TOWERS APARTMENTS, and
SCHINDLER ELEVATOR CORPORATION,

    Defendants.

## ORDER TO CURE DEFECTS

Pursuant to the Court's Amended Notice of Civil Jury Trial (Doc. 69), the parties have been filing exhibit lists. *See* (Docs. 79, 80, 81). Some of these filings are materially defective, as described below. To that end, the parties will submit amended exhibit lists by 5:00pm on Thursday, December 1, 2022, objections to the amended exhibit lists by 5:00pm on Monday, December 5, 2022, and a master list of exhibits identifying objections, stipulations as to authenticity, and stipulations as to admissibility by 5:00pm on Tuesday, December 6, 2022.

Each party identified medical records as possible exhibits, but failed to identify those records by Bates number. For example, Plaintiffs indicate they may offer "Medical records from UNMH Westside Clinic" and/or "Medical Records from Lovelace Women's Hospital." (Doc. 79). Defendant Schindler indicates it may offer "Selected Medical records (less than 75 pages) (Bates Triad 0020 – 01088)." (Doc. 80) at 2. And Defendant Goodman suggests it may offer "Selected medical records of Andrea Lancaster from Lovelace" or other providers. (Doc. 81) at 2. The parties failed to sufficiently identify exhibits for the Court and for the opposing party.

Additionally, the parties did not file a list of stipulated exhibits, which is required by the Amended Notice of Civil Jury Trial. (Doc. 69) at 3.

To aid the Court at the Pretrial Conference, each party will submit a binder of its labeled and tabbed Exhibits to the Clerk's Office at the Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Albuquerque, NM 87102, **and** a binder of its labeled and tabbed Exhibits to Theresa Hall at 100 N. Church St., Las Cruces, NM 88001. The parties will submit exhibits no later than 5:00pm on Friday, December 2, 2022.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE