IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREA LANCASTER and
WILLIAM LANCASTER,

    Plaintiffs,

v.                                                                                   Civ. No. 20-1156 KG/LF

GOODMAN REAL ESTATE, INC. d/b/a
THE TOWERS APARTMENTS, and
SCHINDLER ELEVATOR CORPORATION,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the *Joint Motion to Dismiss Plaintiffs Claims with Prejudice* (Doc. 149), jointly submitted by Plaintiffs and Defendant Triad Towers, LLC d/b/a The Towers Apartments (improperly designated as Goodman Real Estate, Inc.), and the Court, having reviewed the Motion and otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the claims asserted by Plaintiffs Andrea and William Lancaster against Defendants Triad Towers, LLC d/b/a The Towers Apartments (improperly designated as Goodman Real Estate, Inc.) in their Complaint, Doc. 1-1, together with all claims that could have been asserted therein, are hereby dismissed with prejudice. Each of the parties are to bear their own costs and fees.

                                                                UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

*/s/ Charles B. Kraft*
Phillip P. Cheves
Charles B. Kraft
P.O. Box 3170
Albuquerque, NM  87190
(505) 884-0777
pwcheves@btblaw.com
cbkraft@btblaw.com
***Attorneys for Triad Towers, LLC***

*Approved via email on 2/13/23*
Lee R. Hunt
Lucy River
HUNT LAW FIRM
lee@huntlaw.com
lucy@huntlaw.com

Cloyd G. Hinkle
Warren F. Hire, II
HINKLE LAW OFFICES, LLC
lleal@hinklelawoffices.com
Warren@hinklelawoffices.com
Cloyd@hinklelawoffices.com
***Attorneys for Plaintiffs***


*Approved via email on 2/13/23*
Jeffrey M. Croasdell
Patrick Coronel
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
jcroasdell@rodey.com
pcoronel@rodey.com
***Attorneys for Schindler Elevator Corporation***